805 A.2d 1243

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William STRONG, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 28, 2002.

---

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of August, 2002, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

Whether permitting the jury to deliberate with materials not admitted into evidence violates Pa.R.Crim.P. 646, and if so, is such violation prejudicial *per se.*